**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
ERIC LAPRAIRIE, on behalf of
himself and all other employees
similarly situated,

                Plaintiff,

  -against-

PRESIDIO, INC. PRESIDIO HOLDINGS
INC., PRESIDIO LLC, PRESIDIO
NETWORKED SOLUTIONS LLC, PRESIDIO
NETWORKED SOLUTIONS GROUP, LLC, and
PRESIDEIO TECHNOLOGY CAPITAL, LLC,

                Defendants.
------------------------------------X

No. 21 Civ. 8795 (JFK)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/2021

**JOHN F. KEENAN, United States District Judge:**

    The Court accepts jurisdiction in the above captioned case, which the parties have agreed to transfer from the Western District of New York to the Southern District of New York.

**SO ORDERED.**

Dated:  New York, New York
        November 2, 2021

                                            _____
                                              John F. Keenan
                                         United States District Judge