UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ERIC LAPRAIRIE, on behalf of
himself and all other employees
similarly situated,

              Plaintiff,

  -against-

PRESIDIO, INC. PRESIDIO HOLDINGS
INC., PRESIDIO LLC, PRESIDIO
NETWORKED SOLUTIONS LLC, PRESIDIO
NETWORKED SOLUTIONS GROUP, LLC, and
PRESIDEIO TECHNOLOGY CAPITAL, LLC,

             Defendants.
----------------------------------------X

21 Civ. 8795 (JFK)

**ORDER**

**JOHN F. KEENAN, United States District Judge:**

    On December 20, 2021, Plaintiff in the above captioned case filed an Amended Complaint (ECF No. 27) pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). In light of the Plaintiff's Amended Complaint, the Defendants' joint motion to dismiss the Plaintiff's Original Complaint (ECF No. 24) is now moot. Accordingly, the Clerk of Court is respectfully directed to terminate the motion pending at docket number 24.

**SO ORDERED.**

Dated:  New York, New York
       December 21, 2021

                                        _____
                                          John F. Keenan
                                        United States District Judge