**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------X
ERIC LAPRAIRIE, on behalf of
himself and all other employees
similarly situated,

               <u>Plaintiff</u>,

  -against-

PRESIDIO, INC. PRESIDIO HOLDINGS
INC., PRESIDIO LLC, PRESIDIO
NETWORKED SOLUTIONS LLC, PRESIDIO
NETWORKED SOLUTIONS GROUP, LLC, and
PRESIDEIO TECHNOLOGY CAPITAL, LLC,

               <u>Defendants</u>.
----------------------------------------X

21 Civ. 8795 (JFK)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/30/22

**JOHN F. KEENAN, United States District Judge:**

    Oral argument on the Defendants' motion to dismiss the Amended Complaint in the above referenced matter will be heard on April 27, 2022, at 11:15 A.M. in Courtroom 20-C.

**SO ORDERED.**

Dated:  New York, New York
        March 30, 2022

                                                */s/ John F. Keenan*
                                                  John F. Keenan
                                          United States District Judge