

**Thomas & Solomon LLP**
THE EMPLOYMENT ATTORNEYS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/21/22

April 20, 2022

**VIA CM/ECF**

Honorable John F. Keenan
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

     Re:    <u>LaPrairie v. Presidio, Inc., et al.</u>
              Civil Action No: 1:21-cv-08795-JFK

Dear Judge Keenan:

     We write on behalf of both parties in the above-referenced action to provide the Court with a status update and to request a brief stay of all deadlines, including the oral argument scheduled for April 27, 2022.

     As Your Honor is aware, oral argument regarding defendant's motion to dismiss the amended complaint is currently scheduled for April 27, 2022 at 11:00 a.m. Further, pursuant to this Court's recent Order, the parties are also scheduled to complete briefing on the anticipated motion to strike by April 29, 2022.

     Following the completion of briefing on defendant's motion to dismiss, the parties have reengaged in settlement discussions. While the parties previously attempted a mediation when the action was initially filed, which was ultimately unsuccessful, the parties believe it would be productive to once again mediate the action. This time the parties anticipate using a different mediator who has significant experience in data breach actions such as in this case.

     As such, the parties respectfully request leave to stay the action in its entirety for a brief period of time to allow the parties to mediate the action. Given that the parties are in the process of securing a mediation date with experienced mediator Bennett G. Picker, the parties respectfully request a stay of all deadlines for a period of thirty (30) days through May 19, 2022 at which time the parties will submit a status update letter or in the event mediation has already occurred and been unsuccessful, a proposed briefing schedule on the motion to strike, and the parties' mutual availability for an oral argument on the pending motion to dismiss. This is the first request to adjourn the motion to strike briefing and/or the oral argument on the pending motion to dismiss.

Honorable John F. Keenan
April 20, 2022
Page 2

      If this request meets your approval, a "So-Ordered" line is included herein for your convenience.

      Please do not hesitate to contact our offices if you have any questions regarding this request. Thank you for your courtesies in this matter.

                                      Respectfully submitted,

                                      /s/ Jessica L. Lukasiewicz

                                      Jessica L. Lukasiewicz

cc:    Brian E. Middlebrook (via CM/ECF)
        John T. Mills (via CM/ECF)

```
The parties' joint request to stay this
action is GRANTED.  The Clerk of Court
is respectfully directed to stay this
case, No. 21 Civ. 8795, until May 19,
2022.  The parties are directed to
provide the Court with a written update
on the status of the mediation by 5:00
P.M. on May 19, 2022.  The oral argument
currently scheduled for April 27, 2022,
is adjourned to May 25, 2022, at 11:00
A.M. in Courtroom 20-C.
```

**SO ORDERED.**

Dated: New York, New York
       April 21, 2022

                                        _John F. Keenan_
                                        John F. Keenan
                                  United States District Judge