```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-26-22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Eric LaPrairie

                     Plaintiff(s)     :      # 21 Cv 8795   (JFK)

-V-

Presidio, Inc., etal

                     Defendant(s)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

The hearing currently set for August 10, 2022, will be heard at 11:30 a.m. using the following conference line and dial-in:

    **AT&T Conference Line: 1-888-363-4749**
    **Access Code: 788 3927 #**

                SO ORDERED.

Dated:  New York, New York

7-26-22

                                     JOHN F. KEENAN
                              United States District Judge