**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ERIC LAPRAIRIE,** *on behalf of himself and all other employees similarly situated,*<br><br>                              *Plaintiff*,<br><br>       v.<br><br>**PRESIDIO, INC., PRESIDIO HOLDINGS INC., PRESIDIO LLC, PRESIDIO NETWORKED SOLUTIONS LLC, PRESIDIO NETWORKED SOLUTIONS GROUP, LLC,** AND **PRESIDIO TECHNOLOGY CAPITAL, LLC,**<br><br>                              *Defendants.* | **NOTICE OF MOTION**<br><br>No. 1:21-cv-08795-JFK |

    **PLEASE TAKE NOTICE** that on August 10, 2022 at 11:30 a.m., Plaintiff in the above-captioned matter, will move this Court, pursuant to Federal Rule of Civil Procedure 23(a), (b)(3), and (e) for an order: (1) certifying the proposed Class; (2) naming Plaintiff as class representative; (3) appointing Thomas & Solomon LLP as Class Counsel; (4) granting preliminary approval to the Settlement; (5) approving the proposed notices; (6) appointing Postethwaite & Netterville as the Settlement Administrator; (7) setting procedures and deadlines of the exclusion and objections of Class Members; (8) scheduling a Final Approval Hearing; and (9) granting such further relief the Court deems reasonable and just.

    In support of this motion, Plaintiff will submit a memorandum of law, the Declaration of Jessica L. Lukasiewicz, and the exhibits to the foregoing declaration.

Dated:  August 5, 2022

                                **THOMAS & SOLOMON LLP**

By:    /s/ Jessica L. Lukasiewicz
        J. Nelson Thomas, Esq.
        Jessica L. Lukasiewicz, Esq.
        Jonathan W. Ferris, Esq.
        Erin K. Hanlon, Esq.
        *Attorneys for Plaintiffs*
        693 East Avenue
        Rochester, New York 14607
        Telephone: (585) 272-0540
        nthomas@theemploymentattorneys.com
        jlukasiewicz@theemploymentattorneys.com
        jferris@theemploymentattorneys.com
        ehanlon@theemploymentattorneys.com