UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC LAPRAIRIE,<br><br>        **Plaintiff,**<br><br>  -against-<br><br>PRESIDIO, INC., et al.,<br><br>        **Defendants.** | 21-CV-8795 (ALC)<br><br><u>**ORDER**</u> |

**ANDREW L. CARTER, JR., United States District Judge:**

A telephonic fairness hearing shall be held before this Court on **December 8, 2022** at **4:00 p.m.** The parties shall contact the Court at **1-888-363-4749** (access code: **3768660**). All other deadlines set forth in the Court's August 11, 2022 Order at ECF No. 55 remain in effect.

**SO ORDERED.**

Dated:  November 10, 2022
   New York, New York

                 ANDREW L. CARTER, JR.
                 United States District Judge