UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC LAPRAIRIE, *on behalf of himself and all other employees similarly situated*,<br><br>*Plaintiffs*,<br><br>v.<br><br>PRESIDIO, INC., PRESIDIO HOLDINGS INC., PRESIDIO LLC, PRESIDIO NETWORKED SOLUTIONS LLC, PRESIDIO NETWORKED SOLUTIONS GROUP, LLC, AND PRESIDIO TECHNOLOGY CAPITAL, LLC,<br><br>*Defendants*. | NOTICE OF MOTION<br><br>No. 1:21-cv-08795-ALC |

**PLEASE TAKE NOTICE** that on December 8, 2022 at 4:00 p.m. ET, Plaintiffs in the above-captioned matter, will move this Court for an order: (1) certifying the Settlement Class; (2) granting final approval of the Settlement Agreement; (3) entering the contemporaneously filed Proposed Final Approval Order; and (4) granting such further relief the Court deems reasonable and just.

In support of this motion, Plaintiffs will submit a memorandum of law, the Declaration of Jessica L. Lukasiewicz, the Declaration of Ryan Aldridge of Postlehwaite & Neterville, and the exhibits to the foregoing declaration.

Dated: December 1, 2022

THOMAS & SOLOMON LLP

By:   /s/ Jessica L. Lukasiewicz
        J. Nelson Thomas, Esq.
        Jessica L. Lukasiewicz, Esq.
        Jonathan W. Ferris, Esq.

                                      Erin K. Hanlon, Esq.
*Attorneys for Plaintiffs*
693 East Avenue
Rochester, New York 14607
Telephone: (585) 272-0540
nthomas@theemploymentattorneys.com
jlukasiewicz@theemploymentattorneys.com
jferris@theemploymentattorneys.com
ehanlon@theemploymentattorneys.com